859 A.2d 1172

IN THE MATTER OF CHRISTIAN A. PEMBERTON,
AN ATTORNEY AT LAW.

October 29, 2004—As Corrected November 3, 2004.

## ORDER

This matter having been duly presented to the Court pursuant to *Rule* 1:20–10(b), following a motion for discipline by consent of **CHRISTIAN A. PEMBERTON** of **SICKLERVILLE,** who was admitted to the bar of this State in 1987;

And the District XIV Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.15(b) (failure to promptly deliver funds that a party was entitled to receive) and *RPC* 8.4(c) (misrepresentation);

And the parties having agreed that respondent's conduct violated *RPC* 1.15(b) and *RPC* 8.4(c), and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics violations and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **CHRISTIAN A. PEMBERTON** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.